UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 8:16-CR-309-T-17TGW

HOWRONDA OVERSTREET.

_____/

AMENDED ORDER

Dkt. 76    Order Directing Response

This cause is before the Court *sua sponte*. After consideration, the Court directs that Sandra K. Provenzano release the Sealed Transcript (Dkt. 71) to the Government for review as soon as possible. Accordingly, it is

**ORDERED** that Sandra K. Provenzano **shall release** the Sealed Transcript (Dkt. 71) to the Government for review in connection with the above Order.

**DONE and ORDERED** in Chambers in Tampa, Florida on this 23rd day of September, 2019.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Case No. 8:16-CR-309-T-17TGW


Copies to:

Sandra M. Provenzano, Court Reporter

All parties and counsel of record

Mark Diamond, Esq.
931 Monroe Drive NE,
Ste A-102, #196
Atlanta, GA      30308