UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 8:16-CR-309-T-17TGW

HOWRONDA OVERSTREET.

_____/

ORDER

This cause is before the Court on:

Dkt. 75    Motion For Unsealing of Sentencing Proceeding for Purposes of Appeal
Dkt. 76    Order Directing Response

Defendant Howronda Overstreet was sentenced on February 3, 2017. During the sentencing, which was conducted in open court, the Court conducted a sidebar conference . The transcript of the sidebar conference was filed under seal (Dkt. 71.

The Government has advised the Court that there is no objection to the sealed transcript being provided to appellate counsel Mark Diamond for use in the appeal.

After consideration, the Court grants the Motion of appellate counsel in part. The transcript shall remain sealed, but shall be provided to appellate counsel for use in the appeal. Accordingly, it is

**ORDERED** that the Motion for Unsealing of Sentencing Proceeding for Purposes of Appeal (Dkt. 75) is **granted in part and denied in part**. The Motion

Case No. 8:16-CR-309-T-17TGW

for Unsealing is **denied without prejudice**, and the Motion is **granted** as to use of the sealed transcript on appeal. The Court **directs** Sandra K. Provenzano to provide the sealed transcript to appellate counsel for Defendant Overstreet Mark Diamond. Provenzano to provide the sealed transcript (Dkt. 71).

    **DONE and ORDERED** in Chambers in Tampa, Florida on this 23rd day of September, 2019.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:

All parties and counsel of record

Sandra K. Provenzano, Court Reporter

Mark Diamond, Esq.
931 Monroe Drive NE,
Ste A-102, #196
Atlanta, GA    30308