UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 8:16-CR-309-T-17TGW

HOWRONDA OVERSTREET.

_____/

ORDER

This cause is before the Court on:

Dkt. 47   Order Denying Review
Dkt. 48   Motion Requesting that the Court Set Defendant's Restitution Payment to $25. Per Quarter
Dkt. 56   Motion Requesting the Court to Adjust Defendant's Restitution Payment Pursuant to 18 U.S.C. Sec. 3664(3)(A)(B)

Defendant Howronda Overstreet requests that the Court adjust Defendant Overstreet's Restitution Payment in both Motions.

After entering into a Plea Agreement, pleading guilty to Counts 1 and 2 of the Information, Defendant Overstreet was sentenced on February 3, 2017 (Dkts. 29, 32, 34). Defendant Overstreet was represented by counsel at sentencing, and did not object to the manner in which Defendant Overstreet's restitution was set.

Defendant Overstreet moved for review of the restitution payment set at sentencing. (Dkt. 42). The Government objected to Defendant's Motion. (Dkt. 46). The Court denied the Motion. (Dkt. 47).

Defendant Overstreet again moves for review of the restitution payment set at sentencing. The Court notes that Defendant Overstreet remains in BOP custody. The schedule set at sentencing provides for payment according to whether Defendant has a Unicor job while in custody, or does not have a Unicor job while in custody. There are procedures available for the Bureau of Prisons' to review a defendant's payments pursuant to the Inmate Financial Responsibility Program. (Dkt. 46). If Defendant Overstreet is not satisfied with this aspect of Defendant's conditions of confinement, there are comprehensive internal procedures available for review.

After consideration, the Court adopts and incorporates the Court's prior Order, and denies Defendant Overstreet's Motions. Accordingly, it is

**ORDERED** that *pro se* Defendant Howronda Overstreet's Motion Requesting that the Court Set Defendant's Restitution Payment to $25. Per Quarter (Dkt. 48) is **denied**, and Motion Requesting the Court to Adjust Defendant's Restitution Payment Pursuant to 18 U.S.C. Sec. 3664 (3)(A)(B) (Dkt. 56) is **denied**.

**DONE and ORDERED** in Chambers in Tampa, Florida on this 18th day of November, 2019.

ELIZABETH A. KOVACHEVICH
Senior United States District Judge

Copies to:

All parties and counsel of record

***Pro Se*** Defendant:

Howronda Overstreet
67678-018
Alderson Federal Prison
P. O. Box A
Unit A2
Anderson, WV   24910